Unsealed 3-13-08

**ORDERED SEALED BY COURT**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAGISTRATE CASE '08 MJ 0759 |
| Plaintiff, | ) | SEALING ORDER |
| v. | ) | |
| HARRY RODRIGUEZ, | ) | |
| Defendant. | ) | |

Upon application of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the complaint and this order be sealed until further order of the Court.

IT IS SO ORDERED.

DATED: 3/11/08

UNITED STATES MAGISTRATE JUDGE