# MINUTES OF THE UNITED STATES DISTRICT COURT

USA v.  RODRIGUEZ   [1]   08MJ0759

The Honorable: ANTHONY J. BATTAGLIA

Atty VICTOR PIPPINS, FD (S/A) for [1] -
Atty _____ for [] -
Atty _____ for [] -

AJB08-1:1116-1138

AUSA: GEORGE MANAHAN
ATTORNEY HOLLY SULLIVAN (N/A) - APPOINTED

GOVERNMENTS ORAL MOTION TO UNSEAL COMPLAINT - GRANTED.

DFT INFORMED OF CHARGES ON COMPLAINT

PRELIMINARY HEARING SET FOR 03/27/08 @ 1:30 P.M. BEFORE MAGISTRATE JUDGE BATTAGLIA.

GOVTS ORAL MOTION FOR DETENTION AS TO RISK OF FLIGHT.

DETENTION HEARING SET FOR 03/14/08 @ 1:30 P.M. BEFORE MAGISTRATE JUDGE BATTAGLIA.

Date: 03/13/08

END OF FORM

by MM