AO 442

FID No. 1460721

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
v.
Harry Rodriguez

unsealed 3/13/08

08 MAR 25 AM 9:13

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

**WARRANT FOR ARREST**

CASE NUMBER: **'08 MJ 0759**

**NOT FOR PUBLIC VIEW**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest        Harry Rodriguez
                                                Name
and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition
                                                                                 ☐ Pretrial Violation

charging him or her with (brief description of offense)

18 USC 2252(a)(4)(B) Possession of Images of Children engaged in sexually explicit conduct

RECEIVED 2008 MAR 11 A[?] U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

In violation of Title _____18_____ United States Code, Section(s) __2252 (a)(4)(B)__

W. Samuel Hamrick, Jr.                          Clerk of the Court
Name of Issuing Officer                         Title of Issuing Officer

Signature of Deputy                             Date and Location

Bail fixed at $ to be set in Court at 1st appearance     by  Luisa Porter
                                                             Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | DATE 3/12/08 ARRESTED BY FBI Agent A. Christoph STEVEN C. STAFFORD ACTING U.S. MARSHAL, SDCA BY _____ | A. Christoph |

CLASS II J                                                                                  3704

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

Harry Rodriguez

**WARRANT FOR ARREST**

unsealed 3/13/08

**CASE NUMBER:** '08 MJ 0759

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     Harry Rodriguez

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment    ☐ Information    ☒ Complaint    ☐ Order of Court    ☐ Violation Notice    ☐ Probation Violation Petition    ☐ Pretrial Violation

charging him or her with (brief description of offense)

18 USC 2252(a)(4)(B) Possession of Images of Children engaged in sexually explicit conduct

RECEIVED 2008 MAR 24 A 8:00 U.S. MARSHAL SOUTHERN DISTRICT CALIFORNIA

In violation of Title    18    United States Code, Section(s)    2252 (a)(4)(B)

W. Samuel Hamrick, Jr.
Name of Issuing Officer

Clerk of the Court
Title of Issuing Officer

Signature of Deputy

Date and Location

Bail fixed at $ to be set in Court at 1st appearance    by    [signature] (SEAL)
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at   235 W Aviation Rd Spc #30 Fallbrook, CA

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 3/11/2008 | Amy M. Christoph, Special Agent | [signature] |
| DATE OF ARREST | | |
| 3/12/2008 | | |