FILED
MAR 2 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>HARRY RODRIGUEZ,<br><br>　　　Defendant. | ) No. 08- mj 759 AJB<br>)<br>) ORDER GRANTING SUBSTITUTION OF<br>) ATTORNEY<br>)<br>)<br>)<br>)<br>)<br>) |

The Court, having considered defendant HARRY RODRIGUEZS' application for a Substitution of Attorney, and good cause appearing for the Application:

IT IS HEREBY ORDERED that MICHAEL S. BERG is substituted in as Counsel of Record for the above-named defendant.

Dated: March 27, 2008

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　U.S. Magistrate

1  MICHAEL S. BERG (CA. Bar No. 102972)
   Attorney at Law
2  401 West "A" Street, Suite 2600
   San Diego, California 92101
3  Telephone: (619) 239-2186
   Fax: (619) 696-1410
4

5  Attorney for: **Rodriguez**

FILED
MAR 2 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 08MJ0759-AJB |
| Plaintiff, | SUBSTITUTION OF ATTORNEY |
| vs. | |
| HARRY RODRIGUEZ, | |
| Defendant. | |

PLEASE TAKE NOTICE that the above-named defendant hereby substitutes MICHAEL S. BERG as attorney of record in the above-captioned matter in lieu of Holly Sullivan.

Dated: 3/24/08                    _____
                                  HARRY RODRIGUEZ

AGREED TO:

Dated: 3/24/08                    _____
                                  MICHAEL S. BERG

Dated: 3/24/08                    _____
                                  HOLLY SULLIVAN