FILED
MAR 2 7 2008
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HARRY RODRIGUEZ,<br><br>Defendant. | No. 08- mj 759 AJB<br><br>ORDER GRANTING SUBSTITUTION OF ATTORNEY |

The Court, having considered defendant HARRY RODRIGUEZS' application for a Substitution of Attorney, and good cause appearing for the Application;

IT IS HEREBY ORDERED that MICHAEL S. BERG is substituted in as Counsel of Record for the above-named defendant.

Dated: March 27, 2008

_____
U.S. Magistrate