


UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08CR 1122-JLS

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR_____ |
| Plaintiff, | **I N F O R M A T I O N** |
| v. | |
| HARRY RODRIGUEZ, | Title 18, U.S.C., Sec. 2252(a)(4)(B) - Possession of Images of Minors Engaged in Sexually Explicit Conduct |
| Defendant. | |

The United States Attorney charges:

On or about February 26, 2007, within the Southern District of California, defendant HARRY RODRIGUEZ, did knowingly possess one or more matters, including computer hard drive(s) and computer media containing digital and computer images, including files from the "Baby J" series including files entitled "Baby J-Teddy", "Baby J-strip" and "Baby J-purple", that contained visual depictions that had been mailed, shipped and transported in interstate and foreign commerce, and which were produced using materials which have been mailed, shipped and transported in interstate and foreign commerce, by any means including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which visual depictions

were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(4)(B).

DATED: April 10, 2008.

KAREN P. HEWITT
United States Attorney

ALESSANDRA P. SERANO
Assistant U.S. Attorney

2