AO 455(Rev. 5/85) Waiver of Indictment



# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. ~~~~ AMERICA

v.

HARRY RODRIGUEZ

WAIVER OF INDICTMENT

CASE NUMBER: 08CR 1122-JLS

I, HARRY RODRIGUEZ, the above named defendant, who is accused of violating Title 18, United States Code, Section 2252(a)(4)(B) – possession of child pornography (Felony), being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on 4/10/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER

MAR. 14. 2008 5:43PM US ATTORNEY (RECORDS)