1   KAREN P. HEWITT
    United States Attorney
2   ALESSANDRA P. SERANO
    Assistant U.S. Attorney
3   California State Bar No. 204796
    United States Attorney's Office
4   880 Front Street, Room 6293
    San Diego, California 92101-8893
5   Telephone: (619) 557-7084/(619) 557-7381 (Fax)
    Email: alessandra.p.serano@usdoj.gov
6
    Attorneys for Plaintiff
7   United States of America

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,        )    Criminal Case No. 08CR1122JLS
                                     )
11                      Plaintiff,   )
                                     )    NOTICE OF APPEARANCE
12           v.                      )
                                     )
13  HARRY RODRIGUEZ,                 )
                                     )
14                      Defendant.   )
                                     )
15

16  TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17        I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

18        I certify that I am admitted to practice in this court or authorized to practice under CivLR

19  83.3.c.3-4.

20        The following government attorneys (who are admitted to practice in this court or authorized

21  to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead

22  counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to

23  activity in this case:

24        Name (If none, enter "None" below)

25        None.

26

27

28

1    Effective this date, the following attorneys are no longer associated with this case and should

2    not receive any further Notices of Electronic Filings relating to activity in this case (if the generic

3    "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this

4    association):

5    Name (If none, enter "None" below)

6    None.

7    Please call me if you have any questions about this notice.

8    DATED:  May 23, 2008.

9                                              Respectfully submitted,

10                                             KAREN P. HEWITT
                                              United States Attorney
11
                                              s/Alessandra P. Serano
12                                            ALESSANDRA P. SERANO
                                              Assistant United States Attorney
13                                            Attorneys for Plaintiff
                                              United States of America
14                                            Email: alessandra.p.serano@usdoj.gov

15

16

17

18

19

20

21

22

23

24

25

26

27
     Notice of Appearance
28   United States v. Rodriguez                2                          08CR1122

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08CR1122JLS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| HARRY RODRIGUEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY CERTIFIED THAT:

I, ALESSANDRA P. SERANO, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of Notice of Appearance on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

**Michael Berg, Esq.**
Email: msberg@attglobal.net

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 23, 2008.

s/Alessandra P. Serano
ALESSANDRA P. SERANO