MICHAEL S. BERG  (CA. Bar No. 102972)
Attorney at Law
401 West "A" Street, Suite 2600
San Diego, California  92101
Telephone: (619) 239-2186
Fax: (619) 237-1310

**Attorney for Rodriguez**

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

## (HON. JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>HARRY RODRIGUEZ,<br><br>　　　Defendant. | ) No.  08-1122-JLS<br>)<br>)<br>) STIPULATION TO CONTINUE<br>)<br>)<br>)<br>)<br>)<br>) |

　　　IT IS HEREBY AGREED AND STIPULATED between the parties that the sentencing on the above-referenced matter be changed from July 18, 2008 to October 03, 2008, at 9:00 a.m.  Time for trial on said matter is hereby excluded.

　　　SO STIPULATED AND AGREED.

Dated:   07/14/08          /s/ Michael Berg
　　　　　　　　　　　　　　MICHAEL S. BERG
　　　　　　　　　　　　　　Attorney for Rodriguez


Dated: 07/14/08           /s/ Alessandra Serano
　　　　　　　　　　　　　　ALESSANDRA SERANO
　　　　　　　　　　　　　　Assistant U.S. Attorney