1

2  MICHAEL S. BERG  (CA. Bar No. 102972)
   Attorney at Law
3  401 West "A" Street, Suite 2600
   San Diego, California  92101
4  Telephone: (619) 239-2186
   Fax: (619) 237-1310

5

6  **Attorney for Rodriguez**

7

8              **UNITED STATES DISTRICT COURT**

9            **SOUTHERN DISTRICT OF CALIFORNIA**

10              **(HON. JANIS L. SAMMARTINO)**

11  UNITED STATES OF AMERICA,          ) No.  08-1122-JLS
                                       )
12        Plaintiff,                   )
                                       ) DECLARATION OF MICHAEL S. BERG
13        vs.                          )
                                       )
14  HARRY RODRIGUEZ,                   )
                                       )
15        Defendant.                   )
                                       )
16        -
   _____

17          I, MICHAEL S. BERG, HEREBY DECLARE AS FOLLOWS:

18  1.  I am an attorney in good-standing, licensed to practice law in the State of California and the Federal

19  Court for the Southern District of California.  I am the attorney of record in the above-referenced matter.

20  2.  I have discussed this matter with the Assistant U.S. Attorney, Alessandra Serano, and we are in

21  joint agreement for a continuance of the sentencing in this case.

22  3.  There are a number of items that are still on-going in this case which would make it impractical to

23  proceed with sentencing at this time.

24      I declare under penalty of perjury that the above matters are true and correct.

25      Dated:   07/14/08              /s/ Michael Berg_____

26                                     MICHAEL S. BERG
                                       Attorney for Rodriguez

27