1 **MICHAEL S. BERG** (CA. Bar No. 102972)
Attorney at Law
2 401 West "A" Street, Suite 2600
San Diego, California  92101
3 Telephone: (619) 239-2186
Fax: (619) 696-1410
4

5 Attorney for: **Rodriguez**

6

7 UNITED STATES DISTRICT COURT

8 SOUTHERN DISTRICT OF CALIFORNIA

9 (HON. JANIS L. SAMMARTINO)

10

| | |
|---|---|
| 11 UNITED STATES OF AMERICA, | ) No.  08CR1122-JLS |
| 12     Plaintiff, | ) |
| 13     vs. | ) ORDER ALLOWING PSYCHOLOGIST INTO ) THE JAIL |
| 14 HARRY RODRIGUEZ, | ) |
| 15     Defendant. | ) |

16

17     TO:  CORRECTIONS CORPORATION OF AMERICA:

18 YOU ARE HEREBY ORDERED to allow Dr. Judith Myers into the jail for the purposes of

19 interviewing the above-named defendant.

20

21 IT IS SO ORDERED.

22

23 Dated:  August 15, 2008          _Janis L. Sammartino_____

24                                                            JANIS L. SAMMARTINO
                                                             U.S. District Court Judge
25

26

27

28