**MICHAEL S. BERG**  (CA. Bar No. 102972)
Attorney at Law
401 West "A" Street, Suite 2600
San Diego, California 92101
Telephone: (619) 239-2186
Fax: (619) 696-1410

Attorney for**: Rodriguez**

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HON. JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>HARRY RODRIGUEZ,<br><br>    Defendant. | No.  08-1122-JLS<br><br>DECLARATION OF ATTORNEY MICHAEL S. BERG |

I, MICHAEL S. BERG, HEREBY DECLARE AS FOLLOWS:

1.    I am an attorney in good-standing, licensed to practice law in the State of California and U.S. District Court, Southern District of California.

2.    I am the Attorney for the defendant in the above-referenced matter.

3.    It is necessary to the defense of the case to allow a psychologist into the jail to interview him.

I declare under penalty of perjury that the above is true and correct to the best of my knowledge.

Dated: __08/13/08_____            __/s/ Michael S. Berg_____
                                    MICHAEL S. BERG
                                    Attorney for Defendant